Carol O'LAUGHLIN, Appellant,

v.

**GENERAL AMERICAN LIFE INSUR-
ANCE COMPANY and B & B Con-
struction Company, Respondents.**

No. ED 78416.

Missouri Court of Appeals,
Eastern District,
Division One.

March 27, 2001.

James J. Logan, Timothy A. Engelmey-
er, Chesterfield, MO, for appellant.

Jerome C. Simon (General), St. Louis,
MO, Victor T. Avellino, (B & B), Clayton,
MO, for respondent.

Before ROBERT G. DOWD, Jr., P.J.,
and MARY RHODES RUSSELL and
RICHARD B. TEITELMAN, JJ.

### ORDER

PER CURIAM.

Carol O'Laughlin (O'Laughlin) appeals
from the trial court's judgment dismissing
her claim against General American Life
Insurance Company (General American)
for lack of subject matter jurisdiction pur-
suant to Section 287.040, RSMo 1994, and
granting summary judgment in favor of B
& B Construction Company (B & B) and
against O'Laughlin on her claim against B
& B. O'Laughlin contends the trial court
erred in finding that she was a statutory
employee of General American and thus
dismissing her claim against General
American for lack of subject matter juris-
diction because there was no evidence that
O'Laughlin's duties were in General Amer-
ican's "usual business." O'Laughlin also
contends the trial court erred in granting
summary judgment in favor of B & B
because there were genuine issues of ma-
terial fact as to B & B's contractual duty.

We have reviewed the briefs of the par-
ties and the record on appeal and find the
claims of error to be without merit. An
opinion reciting the detailed facts and re-
stating principles of law would have no
precedential value. The parties have been
furnished with a memorandum for their
information only, setting forth the reasons
for this order. The judgment is affirmed
in accordance with Rule 84.16(b).